Cite as 2025 Ark. 124

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDMENT TO ADMINISTRATIVE PLAN FOR THE SECOND JUDICIAL CIRCUIT | **Opinion Delivered:** July 3, 2025 |

## PER CURIAM

Pursuant to Administrative Order No. 14, the Second Judicial Circuit submitted a third amendment to its currently approved administrative plan. The third amendment is approved and shall be effective immediately.

The remainder of the administrative plan remains in full force and effect until a subsequent plan is approved.

July 3, 2025